IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD M. HEYNE, | ) | 8:08CV134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA, STATE OF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Amended Motion for Reconsideration (filing no. 14) and Supplements (filing nos. 16 and 17). In his Motion, Plaintiff seeks reconsideration of the court's previous Memorandum and Order which determined that Plaintiff's Notice of Appeal was untimely. (Filing No. 11.) The court has carefully reviewed the record and finds no good cause for reconsideration of any of its previous Orders.

IT IS THEREFORE ORDERED that: Plaintiff's Amended Motion for Reconsideration (filing no. 14) is denied.

February 3, 2009.                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge